**Office of Internal Affairs**
**Review of Local Investigative Packet**

| | |
|---|---|
| OIA Case Number: | 2025-04829 |

Facility:    FMC Carswell, Texas                    CEO's Name: T. Rule
                                                                            Warden

Local Investigator's Name/Title:       **Al Gonzales**
                                                          Special Investigative Agent

Subject(s) Name/Title:        Debra Harris
                                           Recreation Specialist, GL-09

Allegation(s):                       UCSN – Female Staff/Female Inmate
                                           Unprofessional Conduct
                                           Retaliation

                                           Toni Smith
                                           Correctional Officer, GL-08
                                           Retaliation

- This local investigative packet has been **approved** by the OIA.  Please forward the report and documents to your CEO for appropriate disposition.

  - No misconduct was sustained.  We consider this case closed.  Please notify the subject, per the Master Agreement.

Reviewed by:          Christopher Ricciardi, Special Agent
Date Reviewed:       September 22, 2025

JAMES
LECLAIR

Digitally signed by
JAMES LECLAIR
Date: 2025.09.22
10:34:54 -04'00'

Reviewed/Approved: _____
                               James LeClair, Supervisory Special Agent



GOVERNMENT
EXHIBIT

A

*SBU - Sensitive But Unclassified*